UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS LEE H., <br><br>               Plaintiff, <br><br>v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>               Defendant. | NO: 2:18-CV-201-RMP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is the Report and Recommendation issued by United States Magistrate Judge Mary K. Dimke on April 11, 2019, ECF No. 17, recommending that the Court deny Thomas Lee H.'s[1] motion for summary judgment, ECF No. 14, and grant the motion for summary judgment, ECF No. 15, of the Commissioner of Social Security ("Commissioner"). Objections were due on April 25, 2019, with none received.

---

[1] In the interest of protecting Plaintiff's privacy, the Court uses Plaintiff's first name and last initial only.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

After reviewing the Report and Recommendation and relevant authorities, the Court finds that the Magistrate Judge's determinations are correct. Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 17**, is **ADOPTED** in its entirety.

2. Plaintiff Thomas Lee H.'s Motion for Summary Judgment, **ECF No. 14**, is **DENIED**.

3. The Commissioner's Motion for Summary Judgment, **ECF No. 15**, is **GRANTED**.

4. Judgment shall be entered for the Commissioner.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** April 26, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2